UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

U.S. ANESTHESIA PARTNERS,

     Movant,

   -v-

THE SEGAL GROUP, INC.,

     Respondent.

----------------------------------------------------------------------X

          26-MC-198 (JMF)

          <u>TRANSFER ORDER</u>

JESSE M. FURMAN, United States District Judge:

On May 12, 2026, Respondent The Segal Group, Inc. filed a letter consenting to the transfer of this case to the United States District Court for the Southern District of Texas and to the presiding judge in *Electrical Medical Trust v. U.S. Anesthesia Partners, Inc*, No. 4:23-CV-4398 (S.D. Tex.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF No. 15. Accordingly, this case is hereby TRANSFERRED. All pending deadlines are moot. The Clerk of the Court is directed to transfer this case to the United States District Court for the Southern District of Texas **immediately**, without regard to Local Rule 83.1.

    SO ORDERED.

Dated: May 12, 2026
   New York, New York

           JESSE M. FURMAN
          United States District Judge